

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**NEW YORK REGIONAL OFFICE**
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK  10281-1022

WRITER'S DIRECT DIAL LINE
CHRISTINA M. MCGILL
TELEPHONE:  (212) 336-0929
MCGILLCH@SEC.GOV

July 10, 2014

**By ECF**
The Honorable Vincent L. Briccetti
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>SEC v. Colangelo, 12-cv-8439 (VLB)</u>

Dear Judge Briccetti:

    We write to provide a status update regarding settlement negotiations in this case.  The defendant in this case, Stephen Colangelo, pled guilty in a parallel criminal proceeding to two counts of securities fraud and two counts of wire fraud on December 19, 2013, and was sentenced before Judge Robert Sweet on April 3, 2014.  The stay of civil proceedings was lifted by the Court on May 29, 2014 (Docket No. 17).

    The SEC has since engaged Mr. Colangelo in settlement discussions and has forwarded him proposed settlement papers.  Settlement discussions may take longer than usual because Mr. Colangelo appears *pro se* and is incarcerated.  We propose further updating the Court on the status of settlement negotiations no later than September 19, 2014, or by any other date convenient to the Court.  We are available for a status conference at the Court's convenience.

    Respectfully submitted,

    *Christina McGill*

    Christina M. McGill

cc:    The Honorable Lisa M. Smith, Unites States Magistrate Judge (by ECF)
       Stephen A. Colangelo, Jr., Defendant, *pro se*