## <u>CERTIFICATE OF SERVICE</u>

I am an attorney representing Plaintiff Securities and Exchange Commission.  I certify that on April 23, 2015, I caused to be served by regular mail and by certified mail true and correct copies of: Default Judgment as to Stephen A. Colangelo, Jr. dated April 22, 2015, in the matter *SEC v. Stephen A. Colangelo, Jr.*, 12-cv-8439(VB) on the following:

> Stephen A. Colangelo, Jr.
> FCI Loretto
> Federal Correctional Institute
> P.O. Box 1000
> Loretto, PA 15940
> *Defendant (pro se)*

_____
Christina McGill
Dated: April 23, 2015